# EXHIBIT

# 1

J. RANDALL JONES, ESQ. (NV Bar 1927)
JENNIFER C. DORSEY, ESQ. (NV Bar 6456)
jcd@kempjones.com
KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702)385-6000
fax (702)385-6001

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>OVATION DEVELOPMENT CORPORATION; OVATION-AGT JV L.L.C.; OVATION-AGT JV MM, INC.; STEPHANIE APTS. SPE I, L.L.C.; STEPHANIE APTS. SPE I MM, L.L.C.; STEPHANIE APTS. SPE CORP., INC.; WIGWAM-PARVIN, L.P.; WIGWAM GP, INC.; B-R OVATION, L.P.; B-R OVATION GP, INC.; JEFFREYS APTS., L.L.C.; SW RANCH, APTS. L.L.C.; SW RANCH APTS. MM, INC.; LONE MOUNTAIN APTS. I L.P.; LONE MOUNTAIN APTS. GP, INC.; ARBORS PARK RUN, L.L.C.; ARBORS APTS., L.L.C.; ARBORS APTS. MM, INC.; SPRING MOUNTAIN APTS I L.P.; SPRING MOUNTAIN GP, INC.; THUNDER ROAD DEVELOPMENT, L.L.C.; THUNDER ROAD MM, INC.; RUSSELL APTS, L.L.C.; and RUSSELL APTS MM, INC.;<br><br>Defendants. | Case No.:   2:07-CV-01037-PMP-PAL<br><br>**OFFER OF JUDGMENT** |

TO:   Plaintiff, National Fair Housing Alliance, Inc.:

Pursuant to FRCP 68, Defendants OVATION DEVELOPMENT CORPORATION; OVATION-AGT JV L.L.C.; OVATION-AGT JV MM, INC.;

1 | STEPHANIE APTS. SPE I, L.L.C.; STEPHANIE APTS. SPE I MM, L.L.C.;
2 | STEPHANIE APTS. SPE CORP., INC.; WIGWAM-PARVIN, L.P.; WIGWAM GP,
3 | INC.; B-R OVATION, L.P.; B-R OVATION GP, INC.; JEFFREYS APTS., L.L.C.; SW
4 | RANCH, APTS. L.L.C.; SW RANCH APTS. MM, INC.; LONE MOUNTAIN APTS. I
5 | L.P.; LONE MOUNTAIN APTS. GP, INC.; ARBORS PARK RUN, L.L.C.; ARBORS
6 | APTS., L.L.C.; ARBORS APTS. MM, INC.; SPRING MOUNTAIN APTS I L.P.;
7 | SPRING MOUNTAIN GP, INC.; THUNDER ROAD DEVELOPMENT, L.L.C.;
8 | THUNDER ROAD MM, INC.; RUSSELL APTS, L.L.C.; and RUSSELL APTS MM,
9 | INC., hereby offer to resolve this entire action by allowing a judgment to be entered
10 | against them in the total monetary sum of **$750,000** inclusive of costs accrued.
11 | Defendants will enter into an agreement with Plaintiff to perform specified retrofit work
12 | on the following eleven properties: Acapella, Adiamo, Amalfi, Firenze, Positano, Tesora,
13 | Tivoli, Tuscany, Venicia, Verona and Viviani.
14 |      No partial acceptance of this Offer of Judgment may be made, and any attempt to
15 | accept only part of this Offer will be construed as a rejection of the entire Offer.
16 |      This Offer of Judgment is made for the purposes specified in FRCP 68 and is not
17 | to be construed as an admission of anything whatsoever. This Offer of Judgment shall be
18 | deemed withdrawn for the purposes of FRCP 68 if not accepted by the Plaintiff within
19 | ten (10) judicial days from the date of service hereof.
20 |      DATED this 28th day of August, 2009.

Respectfully submitted,

HARRISON, KEMP, JONES &
COULTHARD, LLP

*(signature)*

J. Randall Jones, Esq.
Jennifer C. Dorsey, Esq.
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
***Attorneys for Defendants***

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of August, 2009, the foregoing **OFFER OF JUDGMENT** was served on the following person(s) via first class mail:

Thomas Keary, Esq.
Michael Allen, Esq.
Stephen M. Dane, Esq.
John P. Relman, Esq.
Relman & Dane, PLLC
1225 19th Street, N.W., Suite 600
Washington, D.C. 20036
Counsel for Plaintiff

Ian Silverberg, Esq.
Hardy Law Group
96 & 98 Winter Street
Reno, NV 89503
Counsel for Plaintiff

David S. Lee, Esq.
Cindie D. Hernandez, Esq.
LEE, HERNANDEZ, KELSEY, BROOKS, GAROFALO & BLAKE
7575 Vegas Drive, Ste 150
Las Vegas, Nevada 89128

Theresa L. Kitay, Esq.
THE LAW OFFICE OF THERESA L. KITAY
578 Washington Boulevard, Ste 836
Marina del Rey, California 90292

_____
An employee of Kemp, Jones & Coulthard